**Motion GRANTED and Order filed September 9, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00677-CV
_____

## IN RE TEXAS WINDSTORM INSURANCE ASSOCIATION, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-2013**

## ORDER

On August 30, 2016, relator Texas Windstorm Insurance Association filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Lonnie Cox, Judge of the 122nd District Court, in Galveston County, Texas, to set aside his (1) August 25, 2016 order granting real party in interest's motion to compel production, or alternatively, motion to exclude the expert

testimony of Paul Strickland; and (2) August 25, 2016 order denying relator's emergency motion to withdraw Exhibit 3-A, entered in trial court number 12-CV-2013, styled *City of Dickinson v. Texas Windstorm Insurance Association.*

Relator also has filed a motion for temporary stay of the proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On August 30, 2016, relator asked this court to stay proceedings in the trial court pending this court's decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion for temporary stay and issue the following order:

We **ORDER** the August 25, 2016 order granting the motion to compel production and the commencement of trial in trial court cause number 12-CV-2013, *City of Dickinson v. Texas Windstorm Insurance Association,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Brown.